UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK PHILLIP DRAYTON,

    Plaintiff,

v.

Case Number: 10-11851

HON. MARIANNE O. BATTANI

THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION f/k/a THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. sbm BANK ONE NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2001KS2, TROTT & TROTT and WAYNE COUNTY SHERIFF'S DEPARTMENT,

    Defendants.
_____/

**ORDER GRANTING TROTT & TROTT, P.C.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6) AS ITS FIRST RESPONSIVE PLEADING, GRANTING DEFENDANT BANK OF NEW YORK MELLON TRUST, N/A/'S MOTION FOR JUDGMENT ON THE PLEADINGS AND GRANTING IN PART WAYNE COUNTY'S MOTION TO DISMISS BASED ON FRCP 12(b)(6) FAILURE TO STATE A CLAIM & MOTION FOR SUMMARY JUDGMENT UNDER FRCP 56(c)**

This matter is before the Court on Defendant Trott & Trott, P.C.'s (Trott & Trott) Motion to Dismiss Complaint (Doc. No. 12), Defendant Bank of New York Mellon Trust, N.A.'s (Bank of New York Mellon) Motion for Judgment on the Pleadings (Doc. No. 19), and Defendant Wayne County's Motion to Dismiss Based on FRCP 12(b)(6) Failure to State a Claim & Motion for Summary Judgment Under FRCP 56(c) (Doc. No. 16). For the reasons stated on the record at a hearing held on November 3, 2010, the Court **GRANTS** Trott & Trott's motion and Bank of New York Mellon's motion.

The Court **GRANTS** in part Wayne County Sheriff's Department's request for dismissal. Accordingly Counts II and Count III are dismissed. The Court takes the motion under advisement as to Count V.

Accordingly, Defendants Trott & Trott and Bank of New York Mellon are **DISMISSED.**

**IT IS SO ORDERED.**

                          s/Marianne O. Battani
                          MARIANNE O. BATTANI
                          UNITED STATES DISTRICT JUDGE

Dated: November 16, 2010

## CERTIFICATE OF SERVICE

Copies of this Order were served upon counsel of record on this date by ordinary mail and/or electronic filing.

                          s/Bernadette M. Thebolt
                          Case Manager